LF 028
(Rev. 11/04/2019)

*Filed*

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG - 4 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## PRISONER CIVIL RIGHTS COMPLAINT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Timothy Littlejohn

(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

Habeas Corpus
Emergency

1:21-CV-3169

-vs-

Craig Owens
Flynn Broady et al.
Chief Leonard III , Joyette Holmes, Chris Carr, Lauren Brice,
(Enter above the full name of the defendant(s).)
John Doe All Commissioners of Cobb, Governor Kemp, US Merick Garland,
President Biden, Chris Wray   NOTICE , Staley Clarke

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the Court should *not*
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include *only*: the last
four digits of a social security number; the year of an individual's birth; a minor's initials; and the
last four digits of a financial account number.

---

## I.     Previous Lawsuits

A.      Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes ( ✓ )     No ( )

B.      If your answer to A is yes, describe each lawsuit in the space below. (If there is more
than one lawsuit, describe the additional lawsuits on another piece of paper, using
the same outline.)

1.      Parties to this previous lawsuit:

Plaintiff(s):     Timothy Littlejohn

LF 028
Rev. 11/04/2019

Defendant(s): _Derrick French_

2.    Court (name the district): _11th district_

3.    Docket Number: _1-20-CV-00968-MLB-JKL_

4.    Name of judge to whom case was assigned: _Brown , Larkin III_

5.    Did the previous case involve the same facts?

      Yes ( )    No ( ✓ )

6.    Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

      _appealing_

7.    Approximate date of filing lawsuit: _3-3-2020_

8.    Approximate date of disposition: _N/A_

## II.   Exhaustion of Administrative Remedies

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Place of Present Confinement: _1825 County Service Pkwy SW' Marietta GA 30008_

B.    Is there a prisoner grievance procedure in this institution?

      Yes ( ✓ )    No ( )

C.    Did you present the facts relating to your complaint under the institution's grievance procedure?

      Yes ( ✓ )    No ( )

D.    If your answer is YES:

      1.   What steps did you take and what were the results?

          _clerical release_

Previous Lawsuits (cont'd) ρ Ⓕ β

2) Littlejohn v. Holmes, CAFN 1:20-cv-01406-MLB (3-30-2020)
( prosecution Bad faith)

3) Littlejohn v. Warren et al. CAFN 1:20-cv-01538-MLB (4-10-2020)
(access)

4) Littlejohn v. Warren et al. CAFN 1:20-cv-01539-MLD (4-9-2020)
(retaliation)

5) Littlejohn v. Montu II et al. CAFN 1:20-cv-01543-MLB (4-9-2020)
(14 due process)

6) Littlejohn v. Carter et al. CAFN 1:20-cv-01544-MLB (4-9-2020)
(14 due process)

7) Littlejohn v. District Attorney Office et al., CAFN 1:20 cv 01545 MLB (4-8-2020)
(14 due process)

8) Littlejohn v. Cox CAFN 1:20 CV 01546-MLB (4-9-2020)
(14 due process)

9) Littlejohn v. Brooks, CAFN 1:20-cv-01748-MLB (4-23-2020)
(14 due process)

10) Littlejohn v. Atkins et al. CAFN 1:20 cv-01749 MLD (4-23-2020)
(14 due process)

11) Littlejohn v. Hill et al., CAFN 1:20 CV 01750 MLB (4-23-2020)
(14 due process)

12) Littlejohn v. Taylor et al., CAFN 1:20 cv 01974 MLB (5-7-2020)
(14 due process)

13) Littlejohn v. Phillips, CAFN 1:20-cv-01975-MLB (5-7-2020)
(14 due process)

14) Littlejohn v. Boyce et al., CAFN 1:20 cv-01977-MLB (5-7-2020)
(14 due process)

15) Littlejohn v. Claire Borne, CAFN 1:20 CV 01978 MLB (5-7-2020)
(14 due process)

16) Littlejohn v. Maldanado, CAFN 1:20 cv 01976 MLB (5-7-2020)
(14 due process)

17) Littlejohn v. Warren et al., CAFN 1:20 CV C 2226 MLB (5-22-2020)
(14 due process)

18) Littlejohn v. Warren et al., CAFN 1:20 CV 02227-MLB (5-20-2020)
(14 due process)



Previous Lawsuit (cont'd)   p ① c

19) Littlejohn v. Johnson etal., (AFN 1-20 CV-03338-MLB (5-22-2020)
(14 claim, process)

20) Littlejohn v. Coleman etal., (AFN 1-20 CV-2601 MLB (6-18-2020)
(14 claim, process)

21) Littlejohn v. France etal., (AFN 1-20-CV-02755-MLB (June 29-2020)
(14 claim process)

22) Littlejohn v. Moore, (AFN 1:20-CV-02754-MLB (June 29, 2020)
(14 claim process)

23) Littlejohn v. Worren etal., (AFN 1:20 CV-02756 MLB(6-29-2020)
(14 claim process)

24) Littlejohn v. Brown et.al., (AFN 1:20 CV-2757-MLB (6-29-2020)
(14 due process)

25) Littlejohn v. French etal., (AFN 1:20 CV-02847-MLB (7-7-2020
(14 due process)

26) Littlejohn v. Warren etal. (AFN 1:20 CV-03103-MLD(8-24-2020)
(14 due process)

27) Littlejohn v. Warren etal (AFN 1:20CV-03104 MLB (8-24-2020)
(14 due process)

28) Littlejohn v. Warren etal (AFN 1:20 CV-03101-MLB (8-24-2020)
(14 due process)

29) Littlejohn v. Worren etal (AFN 1:20 CV-03102-MLB(8-24-2020)
(14 due process)

30) Littlejohn v. Jones (AFN 1:20 CV 305 MLB(8-24-2020)
(14 due process)

31) Littlejohn v. Hudson etal (AFN 1:20 CV-03106 (S)24-2020)
14 due process

32) Littlejohn v. Woman etal (AFN 1:20 CV-03107 (7-24-2020
(14 due process)

33) Littlejohn v. Ella etal (AFN 1:20 CV-03108 (7-24-2020)
(14 due process)

34) Littlejohn v. Warren etal 1:20 CV-03162-MLB (7-29-2020
(due process 14)

35) Littlejohn v. Bowman etal (AFN (1:20 CV 02753 MLB (6-29-2020

① 36) Littlejohn v. Lt Wilson (1:20-CV-02991-MLB-JKL)
(1:20-CV-02692-MLB-JKL)

2. If your answer is NO, explain why not: _____.

_____

## III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: Timothy Little,am

Address(es): 1825 County Services Pkuy SW Marella GA
30008

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): Flynn Broady, Craig Owens, Chief Leonard III, Joyette Holmes, Chris Carr, Lauren Bruce, John Doe all Commissioners, Governor Kemp, US. Merrick Garland, President Biden, Chris Wray, Staley Clarke

Employed as employee for Cobb County GA, US.

at 1825 County Service Pkuy SW Marella GA 30008

## IV. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

( ) Federal official (a *Bivens* claim)
(✓) State or local officials (a § 1983 claim)

3

LF 028
Rev. 11/04/2019

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4, 5, 14, 6   Habeas Corpus

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

**V.   Prisoner Status**
Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

(V) Pretrial detainee
(  ) Immigration detainee
(  ) Convicted and sentenced state prisoner
(  ) Convicted and sentenced federal prisoner
(  ) Other *(explain)*    NO CONVICTed

**VI.   Statement of Claim**
State here as briefly as possible the facts of your case. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1) On January 28, 2020 I recused Judge Gerald Moore of Cobb County Magistrate Court for voice his opinion of what Kind of Officer Evan McGhee was After i ask him do he do drug Because he arrested me for aggravated assault with a weapon But took no weapon, and got on stand and said he Knew the person Before he arrested me and also go on the stand And said he cant recall over 10 time and which make him not honestly eligible And never activated his Body camera as well which is policy for Cobb P.D.

2) Arthur Fudger told me the Clerk didn't file my recusal which he should've reported this Because its a felony mail fraud a crime But he didn't and he said it to me on a record monitor i can subpeana as evidence

3) On on January 28, 2020 I ask him how is he over my case when i recused you He stated in open court which i have the transcript of i dont get recuse that not going to happen, i told him thats illegal he then Kick me out the court room, and drop my charges



3) of aggravated assault with a weapon, Because the officer testified that i Never touch the alleged victim, and you must physically touch a person to be agg with a weapon, plus whatever charge you wanna add that distinctive and totally different you have to charge with was or it Become Successive prosecution, double jeopardy

4) Aggravated assault with weapon And regular aggravated assault or two different charge that should have Been charge together at prelim But it wasnt

5) So what Judge Moore did was instead of releasing me he went and got a Juvenile complaint forge my Name on it and put aggravated assault, instead aggravated assault with weapon like i wouldn't know the difference, yes And Magistrate Court Judge forge a innocent man Name on a Juvenile complaint (wow) that show you how dum he think this Black man is or Black people period and used that to Bound it over while outside my presence

6) Catlin Adcock and Arthur Furcher Knew of this Because they where still in the Courtroom And Never reported the crime

## VII. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I Been attacked 4 time, And incarcerated over 20 mths for free, violations of my 4, 5, 6, 14 amendments

## VIII. Relief

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If requesting money damages, include the amounts of any actual and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1) Mandatory Hearing By the courts on the issue

2) Immediate release And start a criminal investigation on Judge Moore

3) Restitution, from Missing work Because of his actions

4) Court cost, And relief from the courts

VI. (Statement of Claim Cont'd)

7) So we all on the same page Judge Gerald Moore of Magistrate Court not Juvenile Court Because he couldnt make the aggravated assault with a weapon Stick kick me out his courtroom, Committed a felony on the Bench went and got a Juvenile Complaint form which has no Jurisdiction in magistrate court or any other court except Juvenile, he then force Aggravated assault on it and say that i wasnt detained And i've Been lock up since 11/1/2019 so he lied as well, in did it in open court in front of Caltin Adcock And Arthur Fucker who never reported it which he has wrote the State Bar as well, He then use this same for which has absolutely no Jurisdiction in his court and Bonded me even

8) David Bailey force a fake grand Juror indictment that isnt real with his name on it as well as Joyette Holmes, i come to find out there's no Grand Juror minutes to this illegal document so the indictment papers are fake as well As now the Juvenile complaint and so is the indictment, and the people on these false documents i'll present as evidence

9) Ashton Murphy try to and did conseal this Juvenile Complaint deep with in my discovery package, this i only realize once i got to Jail after arraignment in Judge Schuster courtroom, since then i recused Judge Schuster 3 time to no prevail once he retired his attorney Lied on legal documents saying Slyvia Goldman is my attorney when she isnt, to cover up Judge Schuster never recused himself after 3 recusal for a entire year of 2020 yes this is true

10) Judge Marbutt and Hill who told me she had no ideal that this has happened and told the District attorney to call me to file charge's as well to David Norton which he refused to do

1

11) I am Being housed here By all the Commssioners of Cobb County

12) Chief Judge Leonard assigns case and i've wrote him to no previal.

13) Chriss Carr is the acting attorney general over the State of Georgia i've wrote him as well

14) Flynn Brocely is the District Attorney for Cobb who assigns cases and Knews their no complaint and about the Juvenile complaint force By a Judge, Joyette Holmes sign off on the fake indictments

15) Governor Kemp is over the State And this need excutive orders i've wrote him as well

16) President Biden, vice Harris i've wrote them as well this need a immediate excutive order, domestic terrorism

17) Merrick Garland i've wrote him to to immediately get the Departnent of Justice involve

18) Craig Ouens i've wrote him to And he has custody of me

19) Judge Staley Clarke is the only Judge who never reused herself And actually without Jurisdction trying to take ne to trial on a Juvenile Complaint Form Forged By Judge Moore

20) When i first found out i file a State court Habeas Corpus on Neil Warren And Joyette Holmes because for 1) Neither counts has Jurisdiction over a Criminially forged Juvenile Complaint that says aggravated assault against a clearly full adult, plus I called to Juvenile court Just to make sure on a recorded Line and the receptionst said there no such complaint filed in there cont and whoever did it be tone

20) And is pulling my leg And if they did committed a crime i CAN subpeona the tape

21) so that order to Bound me over wasn't authorized in the first place for lack of Jurisdiction, nor was there a city ordinance for the Forge document so it void

22) An O.C.G.A, 9-14-47 clearly say a mandatory hearing is required, which through corruption And my lack of knowledge at the time did Know that the courts when they denied me such was illegal as why they dismiss it

23) In Derrer v. Atthony, 265, CA 892, 894, 463 S.E.2d 690 (1995), the court held that a habeas petition is not subject to dismissal like they did me on grounds that a constitution-onal violation is not charged i never had one

24) In McDuffie v. Jones 248 GA 544, 283 S.E. 2d 601 (1981) the Georgia Supreme Court, in discussing the Scope of the Georgia Habeas Corpus Act, stated that habeas corpus is appropriate from result of substantial denial of his rights under U.S. Const. And GEORGIA Consti, And unless i waiver the mandatory hearing then it should Be Held which it wasn't

25) And since Cobb County Courts dont give mandatory Hearing pursuant to O.C.G.A 9-14-47 Habeas Corpus proceeding under Federal Habeas Corpus remedies the Federal courts has a duty to intervene immediately

26) The Supreme Court, a Justice thereof, circuit Judge, or a district Court shall entertain a application for a writ of habeas corpus in behalf of a person in custody pursuant to the Judgement of a state court only on the grounds that he is in custody which i am in violation of the Constitution or laws of the United State which i've clearly established

(b)(1) An application for a writ of habeas corpus on behalf of a person in custody pursuant to the Judgement of a state court shall not be granted unless it appears that —

A) The applicant has exhausted the remedies available in the courts of State which i've alld

(B)(i) There is an absence of available State corrective process which i've clearly established

(ii) Or circumstance exist that render such process ineffective to protect the rights of the applicant which are clearly established as well

27) I've filed a Appeal never heard a word from them And i've wrote Grievance to the County Jail And they said they dont even have a complaint filed for aggrauated assault, nor a indictment on file. But they cant let me goo

28) And now circumstance exist that makes it even more difficult i found out they are committing mail fraud, altong, and not even letting some of my mail go out as well which makes the process ineffective to protect my rights under Federal Law

29) I've even filed a appeal which never made it to court as well, plus im unable to attend Law Library, and on D-seg, October

LF 028
Rev. 11/04/2019

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Signed this _____29_____ day of ____July_____, 20 21.

_____
Signature of Plaintiff

STATE OF _Georgia_____

COUNTY (CITY) OF _Cobb_____

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON _July 29, 2021_
　　　　　　　　(Date)

_____
Signature of Plaintiff

Habeas Corpus

Notary

M. Lawser

2/29/21

M. LAWSON
NOTARY
EXPIRES
GEORGIA
JULY 12, 2022
PUBLIC
COBB COUNTY

6